# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 11, 2013

## NO. 03-10-00801-CV

**DTWC Corporation, Appellant**

**v.**

**Susan Combs, Comptroller of Public Accounts of The State of Texas, and Greg Abbott, Attorney General of the State of Texas, Appellees**

### APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
### REVERSED AND RENDERED -- OPINION BY JUSTICE ROSE

**THIS CAUSE** came to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was error in the district court's judgment. **IT IS THEREFORE** ordered that the judgment of the district court is reversed. We render judgment that DTWC Corporation recover $17,485.22 plus interest from the Comptroller. It is **FURTHER** ordered that the appellees pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.